IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVEL GIG, LLC and HAPPITRAVEL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHARING SERVICES GLOBAL CORPORATION, SHRG IP HOLDING, LLC, GLOBAL TRAVEL DESTINATIONS, LLC, and JOHN DOES 1-25,<br><br>Defendants. | CV 22–146–M–DWM<br><br>ORDER |

    Plaintiffs move for a preliminary injunction and request a hearing. (Doc. 10.) Defendants have not yet appeared.

    IT IS ORDERED that the motion (Doc. 10) is GRANTED IN PART. A motion hearing is SET for November 1, 2022, at 1:30 at the Russell Smith Federal Courthouse in Missoula, Montana. The Court makes no determination on the motion for preliminary injunction at this time. The parties will be permitted to present evidence and in-person testimony. Leave must be sought for any witness to appear remotely. The parties will each be given twenty (20) minutes for

1

argument. Plaintiff must serve this motion and brief in support (Docs. 10, 11), any supporting documents, and this Order (Doc. 12) on Defendants on or before October 11, 2022.

DATED this 6th day of October, 2022.

_____
Donald W. Molloy, District Judge
United States District Court