IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVEL GIG, LLC and HAPPITRAVEL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHARING SERVICES GLOBAL CORPORATION, SHRG IP HOLDINGS, LLC, GLOBAL TRAVEL DESTINATIONS, LLC, and JOHN DOES 1–15,<br><br>Defendant. | CV 22–146–M–DWM<br><br>ORDER |

Upon consideration of the briefing, and the argument and evidence presented at the December 2, 2022 hearing on Plaintiffs' motion for a preliminary injunction, (Doc. 10), it appears a preliminary injunction is warranted. While an order granting such relief is therefore forthcoming, the scope of that injunction is unclear. Accordingly,

1

IT IS ORDERED that the parties shall file proposed language outlining the scope of injunctive relief that addresses infringement and potential non-use of Defendants' marks pending the final outcome in this case. The submission should be filed on or before Monday, December 5, 2022 and should be no more than three pages in length.

DATED this 2nd day of December, 2022.

_____
Donald W. Molloy, District Judge
United States District Court