IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TRAVEL GIG, LLC and HAPPITRAVEL, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>SHARING SERVICES GLOBAL CORPORATION, SHRG IP HOLDINGS, LLC, GLOBAL TRAVEL DESTINATIONS, LLC, and JOHN DOES 1-25,<br><br>Defendants. | CV 22–146–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a), (Doc. 60),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 6th day of February, 2023.

_____
Donald W. Molloy, District Judge
United States District Court

1